CNC:MPC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-

DARLIN FAJARDO,

       Defendant.

- - - - - - - - - - - - -X

APPLICATION FOR ARREST
WARRANT AND COMPLAINT
(18 U.S.C. § 1073)

MJ 13-1065

EASTERN DISTRICT OF NEW YORK, SS:

      MICHAEL G. NIGRO, being duly sworn, deposes and says that he is a Task Force Officer with the Long Island Federal Bureau of Investigation Gang Task Force, duly appointed according to law and acting as such.

      Upon information and belief, on or about and between October 2006 and the present, both dates being approximate and inclusive, the defendant DARLIN FAJARDO fled the jurisdiction of the State of New York in order to avoid custody or confinement for the crime of Murder in the Second Degree, a Class A felony under the laws of that State.

      (Title 18, United States Code, Section 1073)

      The source of your deponent's information and the grounds for his belief are as follows:

      1.  On or about October 21, 2005, within Nassau County, New York, the defendant DARLIN FAJARDO stabbed and killed Robert

Sisia at a restaurant supply store in Syosset, New York. Witnesses observed the defendant DARLIN FAJARDO kill Sisia and flee in a 1996 green Honda four door sedan NY registration DAE-6887 registered in the name of DARLIN FAJARDO (the "defendant's vehicle").

2.  On October 21, 2005, the defendant DARLIN FAJARDO left his vehicle at an auto body shop located in Westbury, New York. FAJARDO informed the owner of the shop that he would return shortly to pick the car up. The defendant took the keys to the car. Later that night, the owner of the auto body shop was informed that the defendant was wanted for murder and pushed the defendant's vehicle off his property and onto the street. FAJARDO did not return to pick up the vehicle, which was seized by law enforcement officers on October 24, 2005.

3.  On or about October 21, 2005 and the months following, members of the Nassau County Police Department went to the defendant's, as well as a relative's home, in Westbury, New York on a regular basis. Law enforcement officers were informed that the defendant DARLIN FAJARDO lived at the Westbury location for a number of years but had had not returned or been seen since October 21, 2005.  Additionally, FAJARDO never returned to work at the restaurant supply store.

4.  On November 19, 2005, the television program *America's Most Wanted* ran a piece of the case, indicating that the defendant DARLIN FARJADO he was a fugitive from justice.

5.   On or about November 20, 2005, *Newsday* published an article and photo of the defendant DARLIN FARJADO reporting that he was wanted for murder.

6.   On or about February 2, 2006, the defendant DARLIN FAJARDO was indicted by a state grand jury for Murder in the Second Degree and a warrant was issued for his arrest.

8.   As recently as 2010, family members of the defendant DARLIN FARJADO reported that they had not seen or heard from him since prior to October 21, 2005.

7.   On or about October 2013, an individual whose identity is known to law enforcement, sent a letter to the United States embassy in Honduras stating that the defendant DARLIN FAJARDO is currently living and working in Honduras.  Additional investigation revealed that Honduras is the birthplace of the defendant FAJARDO.

9.   Based upon my thirty years of experience in law enforcement and based upon the facts of this investigation as I know them to date, it is my belief that the defendant DARLIN FAJARDO has fled the jurisdiction of New York State.

4

WHEREFORE, your deponent respectfully requests that an arrest warrant issue for the defendant DARLIN FAJARDO and that he be dealt with according to law.

Michael G. Nigro
Task Force Officer
Federal Bureau of Investigation

Sworn to before me this
6th day of December, 2013

UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK